IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TALLAS HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's unopposed motion to continue sentencing (filing 80) is denied.

November 2, 2007.        BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge